# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| ADRIA VIZZI HOLUB,<br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:15-CV-706-RBL<br><br><br>ORDER |

Based on stipulation of the parties, it is hereby ordered that attorney fees in the amount of $6,317.30, and expenses in the amount of $22.76, for a total of $6,340.06, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to her attorney. The checks for EAJA fees and expenses shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 524 Tacoma Ave S, Tacoma, WA, 98402.

IT IS SO ORDERED.

Dated this 27th day of April, 2016.

Ronald B. Leighton
United States District Judge

Page 1      ORDER – [2:15-CV-706-RBL]

1

Presented by:

2

CHRISTOPHER H. DELLERT, WA #42453

3  Dellert Baird Law Offices, PLLC
524 Tacoma Ave S

4  Tacoma, WA 98402
Phone: (360) 329-6968

5  Fax: (360) 824-9371
Email: dellert.law.office@gmail.com

6

Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23